| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** | |
| Case number (if known): _____   Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**  **Buffalo Station, LLC**

**2. All other names debtor used in the last 8 years**   dba Winchester; dba Buffalo Station Apartments

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   8 6 – 2 5 1 2 4 9 1

**4. Debtor's address**

**Principal place of business**

**330 Madeline Lane**
Number   Street

**Burleson**    **TX**   **76028**
City    State    ZIP Code

**Tarrant**
County

**Mailing address, if different from principal place of business**

Number   Street

P.O. Box

City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

**1821 NW 82nd Street**
Number   Street

**Lawton**    **OK**   **73505**
City    State    ZIP Code

**5. Debtor's website (URL)**    https://buffalostationapts.com/

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Buffalo Station, LLC** _____    Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

  _5_ _3_ _1_ _1_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.   Check all that apply:

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

Debtor **Buffalo Station, LLC** _____   Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When ___/___/_____ Case number _____
         District _____ When ___/___/_____ Case number _____
         District _____ When ___/___/_____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes. Debtor **See attached list**   Relationship _____
         District _____   When ___/___/_____
         Case number, if known _____

         Debtor _____   Relationship _____
         District _____   When ___/___/_____
         Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                           Number   Street
                           _____
                           _____ _____ _____
                           City    State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Buffalo Station, LLC** _____   Case number (if known) _____

| | **Statistical and adminstrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*
- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/05/2022**
MM / DD / YYYY

X **/s/ Bo Fontana** _____
Signature of authorized representative of debtor
**Bo Fontana**
Printed name
**Managing Member**
Title

Related Bankruptcies

Buffalo Station, LLC
U.S. Bankruptcy Court, Northern District of Texas, Fort Worth Division
Case No.
Judge

Premier 82, LLC
U.S. Bankruptcy Court, Northern District of Texas, Fort Worth Division
Case No.
Judge

Remington Station, LLC
U.S. Bankruptcy Court, Northern District of Texas, Fort Worth Division
Case No.
Judge

Ventura Heights, LLC
U.S. Bankruptcy Court, Northern District of Texas, Fort Worth Division
Case No.
Judge

Windsor at 82nd for Pinewood, LLC
U.S. Bankruptcy Court, Northern District of Texas, Fort Worth Division
Case No.
Judge

Debtor **Buffalo Station, LLC**  Case number (if known) _____

**18. Signature of attorney**  X **/s/ Joyce W. Lindauer**  Date **12/05/2022**
Signature of attorney for debtor  MM / DD / YYYY

**Joyce W. Lindauer**
Printed name

**Joyce Lindauer**
Firm name

**Joyce W. Lindauer Attorney, PLLC**
Number     Street

**1412 Main Street, Suite 500**

**Dallas**                              **TX**         **75202**
City                                    State         ZIP Code

**(972) 503-4033**                      **joyce@joycelindauer.com**
Contact phone                           Email address

**21555700**                            **TX**
Bar number                              State

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Buffalo Station, LLC**                                CASE NO

                                                                                CHAPTER  **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/5/2022                                        Signature  **/s/ Bo Fontana**
                                                                            *Bo Fontana*
                                                                            *Managing Member*

Date _____                          Signature _____

```
A1 Appliance
6502 NW Cache Road
Lawton, OK 73505


Andy's Plumbing
208 NW Euclid Ave
Lawton, OK 73507


Arrow Sign Company
1344 SE 1st St
Lawton, OK 73501


Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548


Budget Contracting
5502 SE Bishop Road
Lawton, OK 73505


Cd Carpet Cleaning and Janitorial
2408 SW 44th Street
Lawton, OK 73505


Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711


Daniel V. Carsey
Bancfirst Tower
100 N Broadway Ste 2900
Oklahoma City, OK 73102


David R. Payne
119 North Robinson Avenue, Suite 400
Oklahoma City, OK  73102
```

El Lider
8350 Moberly Lane
Dallas TX 75227

Environmental Pest Control
2015 SW D Ave
Lawton, OK 73501

Extreme Clean Carpet Clean
1906 NW Ash Ave
Lawton, OK 73507

Firepros
916 SW 2nd Street
Lawton, OK 73505

HD Supply
P.O. Box 509058
San Diego, CA 92150

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

J & J Plumbing
2012 NW Hoover Ave
Lawton, OK 73507

Johnson Plumbing
7973 US Highway 277
Elgin, OK 73538

```
K.W. Landscaping
206 Se Larrence St
Lawton, OK 73502


Lawton Termite & Pest
902 NE 60th St
Lawton, OK 73507


Leslie's Pools
4011 NW Cache Road
Lawton, OK 73505


Locke Supply
1022 NW 38th Street
Lawton OK 73505


Luckinbill, Inc.
605 SE 2nd St
Lawton, OK 73501


Pippen Brothers
207 SE D Ave
Lawton, OK 73501


Promiseland Landscaping
28 NW 40th
Lawton, OK 73505


Revere Tactical Opportunities TRS, LLC
5910 N. Central Expressway, Suite 1600
Dallas, Texas 75206


Sherwin Williams
1409 NW Horton Blvd
Lawton, OK 73505
```

Simon's Quality Pest Control
1127 NW Oak Ave
Lawton, OK 73505


Sooner Security Service
901 SE 1st Street
Lawton, OK 73501


Spectrum Paint
1026 NW 38th Street
Lawton, OK 73505


Staples
500 Staples Dr
Framingham, MA 01702


U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242


US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530


Waste Connections
2410 NW Cache Rd.
Lawton, OK 73505