Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BUFFALO STATION, LLC, | § | CASE NO. 22-42943-elm-11 |
| | § | Chapter 11 |
| Debtor. | § | |

### DEBTOR'S MOTION TO JOINTLY ADMINISTER CASES

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. 10TH ST., FORT WORTH, TX 76102 BEFORE CLOSE OF BUSINESS ON DECEMBER 27, 2022, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**
**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

**COMES NOW** Buffalo Station, LLC, the Debtor in the above styled and referenced bankruptcy case and files this its *Debtor's Motion to Jointly Administer Cases* and in support of same would respectfully show the following:

1. Buffalo Station, LLC filed a voluntary petition under Chapter 11, Title 11 of the United States Bankruptcy Code on December 5, 2022, case number 22-42943-elm, which is pending before this Court, and will be operating its business as debtor-in-possession.

2. Premier 82, LLC filed a voluntary petition under Chapter 11, Title 11 of the United States Bankruptcy Code on December 5, 2022, case number 22-42944-elm, which is pending before this Court, and will be operating its business as debtor-in-possession.

3. Remington Station, LLC filed a voluntary petition under Chapter 11, Title 11 of the United States Bankruptcy Code on December 5, 2022, case number 22-42945-elm, which is pending before this Court, and will be operating its business as debtor-in-possession.

4. Ventura Heights, LLC filed a voluntary petition under Chapter 11, Title 11 of the United States Bankruptcy Code on December 5, 2022, case number 22-42948-mxm, which is pending before this Court, and will be operating its business as debtor-in-possession.

5. Windsor at 82nd for Pinewood, LLC filed a voluntary petition under Chapter 11, Title 11 of the United States Bankruptcy Code on December 5, 2022, case number 22-42950-mxm, which is pending before this Court, and will be operating its business as debtor-in-possession.

6. The liabilities of Buffalo Station, LLC; Premier 82, LLC; Remington Station, LLC; Ventura Heights, LLC; and Windsor at 82nd for Pinewood, LLC substantively overlap.  It would be difficult to propose a plan of reorganization in the cases without them being jointly administered.  Joint Administration is in the best interest of the estates, creditors, and the Debtors.

7. It is necessary to jointly administer the five cases for administrative purposes and for the purpose of proposing a joint plan of reorganization.

8. The cases should be jointly administered under the case number of the first-filed case.

WHEREFORE, PREMISES CONSIDERED, Buffalo Station, LLC requests that the Court jointly administer the five referenced cases; and for such other and further relief to which the Debtor may show itself to be justly entitled.

Dated: December 5, 2022.

                                                Respectfully submitted,

                                               */s/ Joyce W. Lindauer*
                                               Joyce W. Lindauer
                                               State Bar No. 21555700
                                               Joyce W. Lindauer Attorney, PLLC
                                               1412 Main Street, Suite 500
                                               Dallas, Texas 75202
                                               Telephone: (972) 503-4033
                                               Facsimile: (972) 503-4034
                                               PROPOSED ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on December 5, 2022, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the U.S. Trustee and the parties on the attached service list.

                                               */s/ Joyce W. Lindauer*
                                               Joyce W. Lindauer

```
Label Matrix for local noticing          Buffalo Station, LLC                      501 W. Tenth Street
0539-4                                   330 Madeline Lane                         Fort Worth, TX 76102-3637
Case 22-42943-elm11                      Burleson, TX 76028-3262
Northern District of Texas
Ft. Worth
Mon Dec  5 15:40:59 CST 2022

A1 Appliance                             Andy's Plumbing                           Arrow Sign Company
6502 NW Cache Road                       208 NW Euclid Ave                         1344 SE 1st St
Lawton, OK 73505-3309                    Lawton, OK 73507-7053                     Lawton, OK 73501-5793


Attorney General of Texas                Budget Contracting                        Cd Carpet Cleaning and Janitorial
Bankruptcy Div                           5502 SE Bishop Road                       2408 SW 44th Street
PO Box 12548                             Lawton, OK 73501-9234                     Lawton, OK 73505-8049
Austin, TX 78711-2548


(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS  Daniel V. Carsey                          David R. Payne
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION  Bancfirst Tower                       119 North Robinson Avenue, Suite 400
PO BOX 13528                             100 N Broadway Ste 2900                   Oklahoma City, OK 73102-4613
AUSTIN TX 78711-3528                     Oklahoma City, OK 73102-8865


El Lider                                 Environmental Pest Control                Extreme Clean Carpet Clean
8350 Moberly Lane                        2015 SW D Ave                             1906 NW Ash Ave
Dallas TX 75227-2315                     Lawton, OK 73501-4448                     Lawton, OK 73507-5013


Firepros                                 HD Supply                                 Internal Revenue Service
916 SW 2nd Street                        P.O. Box 509058                           Centralized Insolvency Operations
Lawton, OK 73501-5355                    San Diego, CA 92150-9058                  PO Box 7346
                                                                                   Philadelphia, PA 19101-7346


Internal Revenue Service                 J & J Plumbing                            Johnson Plumbing
Mail Code DAL-5020                       2012 NW Hoover Ave                        7973 US Highway 277
1100 Commerce Street                     Lawton, OK 73507-1031                     Elgin, OK 73538
Dallas, Texas 75242-1100


K.W. Landscaping                         (c)LAWTON TERMITE & PEST                  Leslie's Pools
206 Se Larrence St                       707 NE 60TH ST                            4011 NW Cache Road
Lawton, OK 73501-5470                    LAWTON OK  73507-9789                     Lawton, OK 73505-3633


Locke Supply                             Luckinbill, Inc.                          Pippen Brothers
1022 NW 38th Street                      605 SE 2nd St                             207 SE D Ave
Lawton OK 73505-3704                     Lawton, OK 73501-2408                     Lawton, OK 73501-5410


Promiseland Landscaping                  Revere Tactical Opportunities TRS, LLC    Sherwin Williams
28 NW 40th                               5910 N. Central Expressway, Suite 1600    1409 NW Horton Blvd
Lawton, OK 73505-4912                    Dallas, Texas 75206-5173                  Lawton, OK 73505-2929
```

| | | |
|---|---|---|
| Simon's Quality Pest Control<br>1127 NW Oak Ave<br>Lawton, OK 73507-4613 | Sooner Security Service<br>901 SE 1st Street<br>Lawton, OK 73501-2495 | Spectrum Paint<br>1026 NW 38th Street<br>Lawton, OK 73505-3704 |
| Staples<br>500 Staples Dr<br>Framingham, MA 01702-4474 | U. S. Trustee's Office<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | US Attny. General<br>10th and Constitution Ave.,NW<br>Main Justice Bldg. Rm. 5111<br>Washington, DC 20530-0001 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Waste Connections<br>2410 NW Cache Rd.<br>Lawton, OK 73505-5287 | Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street<br>Suite 500<br>Dallas, TX 75202-4042 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| Lawton Termite & Pest<br>902 NE 60th St<br>Lawton, OK 73507 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     0<br>Total                  38 |